IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH on behalf of Estate of Rosa M. Smith, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:08-cv-580-MEF |
| ) | WO |
| CEDAR CREST NURSING AND REHABILITATION, *et al.*, ) ) ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #17) to the Recommendation of the Magistrate Judge filed on February 17, 2009 is OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #14) entered on January 20, 2009 is ADOPTED;

3.  This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii)

DONE this the 24th day of February, 2009.

                                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE